JS-6

1  Jeffrey D. Wexler, State Bar No. 132256
   McKENNA LONG & ALDRIDGE LLP
2  300 S. Grand Ave., 14th Floor
   Los Angeles, California 90071
3  Telephone: 213.892.4992
   Facsimile:  213.892.7731
4  E-mail:   jwexler@mckennalong.com

5  James A. Oliff *(admitted pro hac vice)*
   John W. O'Meara *(admitted pro hac vice)*
6  Peter T. Ewald *(admitted pro hac vice)*
   Joshua B. Brady *(admitted pro hac vice)*
7  OLIFF & BERRIDGE, PLC
   277 South Washington Street, Suite 500
8  Alexandria, Virginia 22314
   Telephone: 703.836.6400
9  Facsimile:  703.836.2787
   E-mail:   joliff@oliff.com
10           jomeara@oliff.com
             pewald@oliff.com
11           jbrady@oliff.com

12 Attorneys for Plaintiffs Octagon Handels GmbH
   and PCO Group GmbH
13

14                 UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

16                        WESTERN DIVISION

17

| | |
|---|---|
| OCTAGON HANDELS GmbH, a German corporation; and PCO GROUP GmbH, a German corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>CINEMA SCENE MARKETING & PROMOTION, LLC, a Kansas limited liability company,<br><br>  Defendant. | Case No.: CV12-8035 SJO (AGRx)<br><br>**CONSENT JUDGMENT [27]** |

///
///

Upon consent of Plaintiffs Octagon Handels GmbH and PCO Group GmbH and Defendant Cinema Scene Marketing and Promotion, LLC ("Defendant"), and without a trial on the merits, it is hereby ORDERED and ADJUDGED that:

1. This Court has subject matter jurisdiction over this action.

2. This Court has, and shall retain, jurisdiction over all parties hereto and all those bound hereunder, for purposes of enforcing this Consent Judgment and the terms of the parties' Settlement Agreement.

3. Final judgment is entered that the Defendant's accused FASTPAK product infringes one or more claims of U.S. Patent No. 6,644,540 (the "540 Patent").

4. All attorneys' fees, costs of court and expenses shall be borne by the party incurring same.

Dated: __3-19-13_____    _S. James Otero_____
                                    The Honorable S. James Otero
                                    United States District Judge

803649886.1